**Order entered May 27, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00341-CV

### IN THE INTEREST OF A.C., A CHILD

**On Appeal from the County Court At Law No. 1
Kaufman County, Texas
Trial Court Cause No. 107543-CC**

### ORDER

Mother's brief in this parental termination case is overdue. Because parental termination cases must be determined expeditiously, we **ORDER** Mother's court-appointed counsel, Casey T. Boyd, to file the brief no later than June 10, 2022. We caution that failure to comply may result in an order for the trial court to conduct a hearing to determine why the brief has not been filed and to take such measures as may be necessary to ensure effective representation, including appointment of new counsel.

/s/     ERIN A. NOWELL
         JUSTICE